Fred Norton (CA SBN 224725)
fnorton@nortonlaw.com
Janelle Sampana (CA SBN 336398)
jsampana@nortonlaw.com
Ashley Nakai (CA SBN 340759)
anakai@nortonlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (510) 906-4900

Attorneys for Plaintiff
Zola Electric International, Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOLA ELECTRIC INTERNATIONAL, LTD., <br><br> Plaintiff, <br><br> v. <br><br> ENPHASE ENERGY, INC., <br><br> Defendant. | Case No. 3:24-CV-4302 <br><br> **PLAINTIFF ZOLA ELECTRIC INTERNATIONAL LTD.'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-15 CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Plaintiff ZOLA Electric International LTD. ("ZOLA") by and through its undersigned counsel of record, states as follows:

1. ZOLA Electric Ltd is the parent corporation of ZOLA.
2. To the best of ZOLA's knowledge, no publicly held corporation owns 10% or more of ZOLA stock.
3. Shareholders of ZOLA Electric Ltd. have a financial interest in ZOLA.

The undersigned is presently unaware of any other parties that must be disclosed pursuant to Federal Rule of Civil Procedure 7.1 or Local Rule 3-15.

Dated: July 17, 2024

Respectfully submitted,

THE NORTON LAW FIRM

*/s/ Fred Norton*
Fred Norton
Janelle Sampana
Ashley Nakai

Attorneys for
Zola Electric International, Ltd.