AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Zola Electric International, Ltd. | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. 3:24-cv-04302 |
| Enphase Energy, Inc. | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Zola Electric International, Ltd.                                                                                                .

Date:    07/23/2024

/s/ Ashley Nakai
*Attorney's signature*

Ashley Nakai (340579)
*Printed name and bar number*

The Norton Law Firm PC
299 Third Street, Suite 200
Oakland CA 94607
*Address*

anakai@nortonlaw.com
*E-mail address*

(510) 906-4900
*Telephone number*

*FAX number*