AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| ZOLA ELECTRIC INTERNATIONAL, LTD., <br><br> *Plaintiff(s)* <br> v. <br> ENPHASE ENERGY, INC., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) Civil Action No. 3:24-cv-4302-AGT ) ) ) ) ) ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  ENPHASE ENERGY, INC.,
47281 Bayside Parkway
Fremont, CA 94538

Service to - CSC Corp - 2710 Gateway Oaks Drive, Ste 150 N, Sacramento CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Fred Norton, Janelle Sampana, Ashley Nakai
The Norton Law Firm PC
299 3rd Street, Suite 200
Oakland, CA 94607
fnorton@nortonlaw.com, jsampana@nortonlaw.com, anakai@nortonlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Mark B.Busby

*Signature of Clerk or Deputy Clerk*

Date: July 24, 2024