1 | Fred Norton (SBN 224725)
    fnorton@nortonlaw.com
2 | Janelle T. Sampana (SBN 336398)
    jsampana@nortonlaw.com
3 | Ashley Y. Nakai (SBN 340579)
    anakai@nortonlaw.com
4 | THE NORTON LAW FIRM PC
    300 Frank H. Ogawa Plaza, Suite 450
5 | Oakland, CA 94612
    Phone: (510) 906-4900
6 | Fax:   (510) 906-4910

7 | Attorneys for Plaintiff
    Zola Electric International, Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ZOLA ELECTRIC INTERNATIONAL, LTD., | Case No. 3:24-cv-04302-AGT |
|---|---|
| Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| vs. | |
| ENPHASE ENERGY, INC., | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Zola Electric International and defendant Enphase Energy, Inc. stipulate that the above action is voluntarily dismissed with prejudice as to all claims and counterclaims, with each party bearing its own attorney's fees and costs.

Dated: December 3, 2024   Respectfully Submitted,

THE NORTON LAW FIRM PC

By: /s/ Fred Norton
    Fred Norton

Attorneys for Plaintiff
Zola Electric International, Ltd.

Dated: December 3, 2024   COOLEY LLP

By: /s/ Kristine A. Forderer
    Kristine A. Forderer

Attorneys for Defendant
Enphase Energy, Inc.

1

STIPULATION OF VOLUNTARY DISMISSAL
CASE NO: 3:24-cv-04302-AGT

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 3, 2024                    */s/Fred Norton*
                                                                Fred Norton